UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNINGS BRADLEY, ) | |
| ) | No.  CV-05-3031-MWL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR STIPULATED REMAND |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings.  (Ct. Rec. 27).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 7).

Based on the stipulation of the parties, it is **hereby ORDERED** that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to 42 U.S.C. § 405(g).  On Remand, the administrative law judge ("ALJ") will consider the lay evidence in accordance with 20 C.F.R. § 404.1513(d)(4), including the information from Tamara Jaeger (Plaintiff's Mother), Toby Bradley (Plaintiff's brother), Carol Grass (Plaintiff's sister-in-

ORDER FOR STIPULATED REMAND - 1

law), James Grass (relation unknown), Jackie Arbuthnot (Plaintiff's neighbor), and James First, Holly Weaver, Jessica Noyes, Buck Bailey, and Dennis McKalhear (Plaintiff's friends); give further consideration to Plaintiff's maximum residual functional capacity during the entire period at issue and provide appropriate rationale with specific references to evidence in support of assessed limitations; consider the subjective information provided by Plaintiff regarding his limitations due to the side effects of his prescribed medication, and explain the weight given to such information; obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base consistent with Social Security Ruling ("SSR") 83-15, with hypothetical questions which reflect the specific capacity/limitations established by the record as a whole; ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; and, before relying on the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles and accompanying Selected Characteristics of Occupations pursuant to SSR 00-4p.

///

///

ORDER FOR STIPULATED REMAND - 2

**IT IS FURTHER ORDERED**: Judgment shall be entered for the **PLAINTIFF**. An application for attorney fees and costs may be filed by separate motion. This remand is pursuant to sentence four of 42 U.S.C. § 405(g). The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED this 15th day of November 2005.

S/ Michael W. Leavitt
MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE